# EXHIBIT 1

# EXHIBIT 1



### "key executives"

**Bill Irvine, Chief Executive Officer:** Previously CEO of Visionary Media, Inc., a developer and publisher of innovative interactive story books on CD-ROM for children in the early 1990's, Bill most recent experience has been as the general manager of the interactive/digital department for two advertising agencies, The Wolf Group and Cossette Communications. He has long been an advocate of the "wisdom of crowds" and the "user in charge" philosophy of collaborative online efforts. His experience in managing user-generated content environments extends as far back as the highly popular Computer Arts Forum on the Compuserve Information Service.

**Mark Allin, Chief Operating Officer:** The pure-play entrepreneur on the team, Allin previously developed, launched, staffed, and managed a self-sustaining direct response marketing group for a national mortgage lender that earned $15 million in annual revenue. Mark has long been involved in business start-ups, television programming, and online ventures. Mark brings his business operations expertise and experience in entertainment ventures into the management mix. Allin played in integral role in working the deal that secured our first round of equity investment based on their plan for building a business around the User-Generated Content Ecosystem model.

**Simon Gray, Founder and Chief Properties Officer:** Having originally founded AboveTopSecret.com in 1997, and being involved in "user generated content" for over ten years, Simon is steeped in the culture of online communities and message boards as he painstakingly grew his brain-child from a modest collection of content to a phenomenon with global reach. Simon brings his awareness of the culture and knack for knowing a viable community focus. As the we prove our "Content Ecosystem" concept, Simon will begin the task of identifying new content areas to apply the business model.

**Stephen Melzer, Chief Financial Officer:** A successful partner in a midtown Manhattan accounting firm, Stephen is a veteran of packaging angel and first-round venture investment initiatives of varying magnitudes. As we grow into multiple channels of distribution, Stephen's diverse background in the finances of publishing and entertainment will play a key role.

The Above Network, LLC • New York • Oklahoma • UK

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



PRINT THIS

Powered by Clickability

May. 10, 2010
Copyright © Las Vegas Review-Journal

## Exxon Valdez oil risks spur warning for gulf cleanup crews

By KEITH ROGERS
LAS VEGAS REVIEW-JOURNAL

They called it the "Valdez crud," but it was more than a cough and diarrhea.

"We thought it was a flu that was going around and everybody kept getting it," said Merle Savage, who was general foreman of the cleanup crews of the 1989 Exxon Valdez oil spill in Alaska's Prince William Sound.

Instead, the stuff that was making cleanup workers sick was a toxic cocktail of oil droplets in mist they inhaled from spraying the shoreline with hot water and chemicals that were used to disperse the spill's massive black wave.

Now Savage wants today's workers to be aware of similar risks they might face in cleaning up the even bigger BP oil spill in the Gulf of Mexico.

Savage, who wrote a book, "Silence in the Sound," about the Exxon Valdez cleanup, recounts those risks as she sits in the upstairs "Alaska Room" of the North Las Vegas home where she now lives with her son and daughter-in-law.

Many of the thousands of Exxon Valdez cleanup workers have died or have become seriously ill from inhaling the toxic mist and handling dispersants that contained benzene and other chemicals.

Of dozens of lawsuits that were filed by sick workers, seven were settled out of court and the records have been sealed.

One cleanup chemical, 2-Butoxyethanol, can be absorbed through the skin and cause blood and kidney damage resulting in headaches, respiratory problems and even death, according to the material safety data sheet for the dispersant, INIPOL, which was used in the cleanup of the Exxon Valdez spill.

After she wrote her book in 2003, Savage teamed up with marine toxicologist Riki Ott to warn about the dangers involved with cleaning up oil spills. In a video with Ott, Savage described the shoreline cleanup as being "like a war zone."

"What we know now is the oil is 1,000 times more toxic than we thought," Savage said. "The BP spill is going to be worse. I'm warning workers to understand how toxic the crude oil can be."

Savage's personal experience is that the ill effects have lingered for years.

"When I came to Las Vegas in 1995, I was sick. I had bronchial problems," she said. "I lived with extreme diarrhea day in and day out for years."

During that time she has had severe pain in her joints and underwent a biopsy for a spot on her liver.

"They said I was an alcoholic, but I don't drink and I don't smoke," she said.

While pain pills and other medications didn't work for her problems, Savage researched some natural remedies.

"I found out about toxic chemicals and detoxed myself with a lemon juice concoction," she said. "And I sleep on a blanket with magnets in it. It gets your system back in shape.

After the Exxon Valdez ran aground on March 24, 1989, Savage signed on to be a cleanup worker.

"I worked two weeks on the spill, holding a hose with hot water gushing out and steam coming up," she said. "At first we didn't have masks. But later on we had paper masks that wouldn't last a day.

"There was crude oil and dead seaweed all around. The smell from that was horrible."

The rain gear workers wore would be cleaned using a solution that contained benzene and other chemicals, Savage said.

She eventually was promoted to the post of general foreman.

Even though workers would become sick, most didn't want to be sent from the boats and barges back to Valdez because they didn't want to lose their jobs.

"Everybody on my barge was complaining and throwing up," she said. "Even I was sick."

Before she left her boat at the end of the cleanup, she kept computer printouts of the workers' roster.

Little did she know then that the names would become a valuable resource in her effort to make them and their families aware of the toxic exposures they endured.

"I've had children who had parents who were cleanup workers and brothers, too. I know of 30 people who have contacted me since," Savage said.

"Thousands of people are suffering from the Valdez cleanup with no compensation. And there were Exxon officials on each barge. I knocked heads with a couple of them."

Contact reporter Keith Rogers at krogers@reviewjournal.com or 702-383-0308.

**Find this article at:**
http://www.lvrj.com/news/exxon-valdez-oil-risks-spur-warning-for-gulf-cleanup-crews-93258964.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Case 2:10-cv-01155-JCM-LRL Document 1-1 Filed 07/14/10 Page 6 of 17

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3



reply posted on 8-6-2010 @ 08:06 AM by **Vitchilo**



Guess what? Those who cleaned the Exxon Valdez fiasco were probably paid the same... and now most of them are dead...

**Exxon Valdez oil risks spur warning for gulf cleanup crews**

> They called it the "Valdez crud," but it was more than a cough and diarrhea.
>
> "We thought it was a flu that was going around and everybody kept getting it," said Merle Savage, who was general foreman of the cleanup crews of the 1989 Exxon Valdez oil spill in Alaska's Prince William Sound.
>
> Instead, the stuff that was making cleanup workers sick was a toxic cocktail of oil droplets in mist they inhaled from spraying the shoreline with hot water and chemicals that were used to disperse the spill's massive black wave.
>
> Now Savage wants today's workers to be aware of similar risks they might face in cleaning up the even bigger BP oil spill in the Gulf of Mexico.
>
> Many of the thousands of Exxon Valdez cleanup workers have died or have become seriously ill from inhaling the toxic mist and handling dispersants that contained benzene and other chemicals.
>
> Of dozens of lawsuits that were filed by sick workers, seven were settled out of court and the records have been sealed.
>
> One cleanup chemical, 2-Butoxyethanol, can be absorbed through the skin and cause blood and kidney damage resulting in headaches, respiratory problems and even death, according to the material safety data sheet for the dispersant, INIPOL, which was used in the cleanup of the Exxon Valdez spill.

'I was lucky if I made $1,000 a month before the spill. Now BP pay me $1,200 a day' pag... Page 5 of 8

Case 2:10-cv-01159-JCM-LRL Document 1-1 Filed 07/14/10 Page 9 of 17

> "What we know now is the oil is 1,000 times more toxic than we thought," Savage said. "The BP spill is going to be worse. I'm warning workers to understand how toxic the crude oil can be."

So money might sound good now, but when you're dead in a year because of the toxic stuff you breathe, you won't enjoy it.

I bet 99% of those cleaning the BP oil spill right now don't know about this.

copyright & usage

reply posted on 8-6-2010 @ 08:45 AM by **frankensence**



And just think, if those wearing environmental suits and full protection are getting sick and dieing, what chances does the wildlife, which is fully exposed, have?

copyright & usage

reply posted on 8-6-2010 @ 01:45 PM by **StealthKix**



reply to **post by Vitchilo**

Yeps. I don't think its worth it either way as you'll end up paying with your health. Reminds me of the 9/11 firemen and those who helped, out in real human effort. They to got inadequate payouts and most of them are suffering from major health problems. Don't see much done for them.

Guess for the multi billionaire companies, its easier to pay someone else to do it then get your own hands dirty. Maybe they know something we dont and are trying to stay well away from it. Hazardous long term effects???

Curious to know which of the BO executives and employees are actually at the site and not contracting work to other companies, under the image of false "BP employees"

I personally feel the damage has been done and there is more to come. There is little we can do. Cleaning up the beaches, coasts and animals is all good and that. But the actual damage is done. Its human nature to get involved to make ourselves feel better about this situtation.

[edit on 8-6-2010 by StealthKix]

# EXHIBIT 4

# EXHIBIT 4



# EXHIBIT 5

# EXHIBIT 5



# EXHIBIT 6

# EXHIBIT 6



# EXHIBIT 7

# EXHIBIT 7

```
Type of Work:         Text

Registration Number / Date:
                      TX0007171971 / 2010-07-09

Application Title: Exxon Valdez oil risks spur warning for gulf cleanup crews.

Title:                Exxon Valdez oil risks spur warning for gulf cleanup crews.

Appears in:           Las Vegas Review-Journal, May 10, 2010

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                      2010-05-10

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:                Stephens Media LLC
                      Righthaven LLC

===========================================================================
```